UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANTEEN VENDING COMPANY,<br>Individually and on behalf of a class of all those<br>similarly situated,<br>                           Plaintiff,<br>- v -<br><br>CADBURY ADAMS CANADA, INC.,<br>CADBURY SCHWEPPES PLC, CADBURY<br>ADAMS USA LLC, HERSHEY CANADA<br>INC., THE HERSHEY COMPANY, MARS<br>CANADA INC., MARS, INC., MARS NORTH<br>AMERICA, MARS SNACKFOODS US,<br>NESTLE CANADA INC., NESTLE S.A.,<br>and NESTLE USA,<br>                           Defendants. | **Judge Berman**<br>Case No. **08 CV 1205**<br><br>Rule 7.1 Statement |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Canteen Vending Company          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.



FEB 0 6 2008
U.S.D.C. S.D., N.Y.
CASHIERS

Canteen Vending Company is not a publicly traded company.

Date: 2/5/08

Signature of Attorney
COURTNEY R. ROCHETT

**Attorney Bar Code:** CR2181

BOIES, SCHILLER & FLEXNER LLP
333 MAIN STREET
ARMONK, NY 10504
(914) 749-8200