# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH 212.446.2300 • FAX 212.446.2350





February 6, 2008

Hon. Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

**MEMO ENDORSED**

Re:  *Canteen Vending Company v. Cadbury Adams Canada Inc., et. al.*
Case No. 08-CV-1205 (RMB)

Dear Judge Berman:

This morning we filed a Complaint in the above-captioned matter, which has been assigned to your Honor. However, we inadvertently failed to check the "Related Case" box on the civil cover sheet; at least two other related cases (*Webb's Candies, Inc.* 08-cv-00382, and *NMJ Consultant Group, Inc.*, 08-cv-00910), involving the same defendants and the same subject matter, were previously filed and assigned to Judge Castel. Therefore, we request that this matter be treated as a related case and reassigned to Judge Castel.

I apologize for the error. Please let us know if there is any further information you need. I can be reached at 202-237-2727.

Very truly yours,

Tanya S. Chutkan (D.P.)

cc:  Hon. P. Kevin Castel

*Handwritten endorsement:* If it's Ok with J. Castel, it's fine with me. Be sure you ask him.

SO ORDERED
Date: 2/7/08
Richard M. Berman, U.S.D.J.