UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                              :

CANTEEN VENDING COMPANY, individually and        08 CV 01205 (PKC)
on behalf of a class of all those similarly situated,     :

                                                                  ECF CASE

              Plaintiffs,                               :

                                                                  **NOTICE OF APPEARANCE**

                 v.                                    :

CADBURY ADAMS CANADA, INC., et al.,             :

              Defendants.                         :

------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that Michael R. Huttenlocher hereby appears as counsel for the defendant, Mars Incorporated, Mars North America, and Mars Snackfoods U.S.A. LLC ("Mars") in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
       March 12, 2008

                                                        McDERMOTT WILL & EMERY LLP

                                                        By: _____
                                                             Michael R. Huttenlocher

                                                       340 Madison Avenue
                                                       New York, New York 10017
                                                       (212) 547-5400

                                                       *Attorneys for Defendants Mars*

NYK 1151048-1.002227.0102