⚛AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

CANTEEN VENDING COMPANY,
Individually and on behalf of a class of all those
similarly situated,
                Plaintiff,

- v -

CADBURY ADAMS CANADA, INC.,
CADBURY SCHWEPPES PLC, CADBURY
ADAMS USA LLC, HERSHEY CANADA
INC., THE HERSHEY COMPANY, MARS
CANADA INC., MARS, INC., MARS NORTH
AMERICA, MARS SNACKFOODS US,
NESTLE CANADA INC., NESTLE S.A.,
and NESTLE USA,

                Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**08 CV 1205**

**Judge Berman**

TO: (name and address of Defendant)

The Hershey Company
100 Crystal A Drive
Hershey, Pennsylvania 17033

      YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address):

Tanya Chutkan
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. N.W. Suite 800
Washington, DC 20015
(202) 237-2727

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          FEB 0 6 2008

CLERK _____ DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                   Date                           *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MAR-03-2008 14:41    SERVING BY IRVING    212 3490338    P.02

| | |
|---|---|
| COURT | UNITED STATES DISTRICT COURT |
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

CANTEEN VENDING COMPANY, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL THOSE SIMILARLY SITUATED

Plaintiff(s)

against

CADBURY ADAMS CANADA, INC., ET AL.,

Defendant(s)

Index No. 08 CV 1205 (PKC)

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

SEE ATTACHED RIDER

STATE OF PENNSYLVANIA, COUNTY OF DAUPHIN SS: The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides IN THE STATE OF PENNSYLVANIA
That on 2/22/08 at 2:25 P.M., at 100 CRYSTAL A DRIVE, HERSHEY, PENNSYLVANIA
deponent served the within summons, and complaint on    THE HERSHEY COMPANY    defendant therein named.

SEE ATTACHED RIDER

**INDIVIDUAL** 1. ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION** 2. ☒ a DOMESTIC corporation, by delivering thereat a true copy of each to BARBARA A. SHANAHAN personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON** 3. ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.** 4. ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE** 5a. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at  and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS** 5b. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on March 12, 2008

Elizabeth A. Gownley

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELIZABETH A. GOWNLEY, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires May 12, 2011

License No. N/A

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

TOTAL P.02

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X   Index No. 08 CV 1205(PKC)
CANTEEN VENDING COMPANY, INDIVIDUALLY AND ON
BEHALF OF A CLASS OF ALL THOSE SIMILARLY SITUATED

                        Plaintiff,
  vs.                                                                             **RIDER TO**
                                                                             **AFFIDAVIT OF SERVICE**

CADBURY ADAMS CANADA, INC., ET AL.,

                        Defendants,

-------------------------------------------------------------------------X

List Of Documents Served:

- Summons In A Civil Action;

- Class Action Complaint;

- Hon. Richard M. Berman's Memo Endorsed dated February 6, 2008;

- Notice Of Reassignment;

- Individual Practices Of Judge P. Kevin Castel;

- Individual Rules Of Practice Of Judge Kevin Nathaniel Fox;

- 3rd Amended Instructions For Filing An Electronic Case Or Appeal.