UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CANTEEN VENDING COMPANY,** Individually and on behalf of a class of all those similarly situated,<br><br>Plaintiff,<br><br>- vs. -<br><br>**CADBURY ADAMS CANADA, INC., CADBURY SCHWEPPES PLC, CADBURY ADAMS USA LLC, HERSHEY CANADA INC., THE HERSHEY COMPANY, MARS CANADA INC., MARS, INC., MARS NORTH AMERICA, MARS SNACKFOOD INC., NESTLE CANADA INC., NESTLE S.A., AND NESTLE USA,**<br><br>Defendants. | Case No.: 08 CV 01205 (PKC)<br><br>**RULE 7.1 DISCLOSURE**<br><br>ECF CASE |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The Hershey Company ("Hershey") states that (a) Hershey has no parent corporation, and (b) no publicly held corporation owns 10 percent or more of Hershey's stock.

Dated: March 14, 2008

                                   s/
                                   Craig S. Primis (CP-5017)
                                   KIRKLAND & ELLIS LLP
                                   655 Fifteenth Street NW
                                   Washington, D.C.  20005
                                   Telephone:    (202) 879-5000
                                   Facsimile:     (202) 879-5200

                                   *Attorney for The Hershey Company*