UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CANTEEN VENDING COMPANY,** Individually and on behalf of a class of all those similarly situated,<br><br>                    Plaintiff,<br><br>    - vs. -<br><br>**CADBURY ADAMS CANADA, INC., CADBURY SCHWEPPES PLC, CADBURY ADAMS USA LLC, HERSHEY CANADA INC., THE HERSHEY COMPANY, MARS CANADA INC., MARS, INC., MARS NORTH AMERICA, MARS SNACKFOOD INC., NESTLE CANADA INC., NESTLE S.A., AND NESTLE USA,**<br><br>                    Defendants. | Case No.:  08 CV 01205 (PKC)<br><br>**NOTICE OF APPEARANCE**<br><br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant The Hershey Company.

I certify that I am admitted to practice in this court.

Dated:  March 14, 2008

                    s/
Craig S. Primis (CP-5017)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C.  20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

*Attorney for The Hershey Company*