```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
CANTEEN VENDING COMPANY,                                    :
Individually and on behalf of a class of all those          :
similarly situated,                                         :
                                                            :
                                                            :    08 Civ. 1205 (PKC)
                              Plaintiff,                    :
                                                            :
          -against-                                         :
                                                            :
CADBURY ADAMS CANADA, INC.,                                 :
CADBURY SCHWEPPES PLC, CADBURY                              :
ADAMS USA LLC, HERSHEY CANADA, INC.,                        :
THE HERSHEY COMPANY, MARS CANADA                            :
INC., MARS INC., MARS NORTH AMERICA,                        :
MARS SNACKFOODS US, NESTLE CANADA                           :
INC., NESTLE S.A., and NESTLE USA,                          :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Tanya Chutkan, Esq.<br>Boies Schiller & Flexner, LLP<br>5301 Wisconsin Avenue<br>Suite 800<br>Washington DC 20015 | Ministry of the Attorney General<br>Ontario Court of Justice<br>393 Main Street, P.O. 1208<br>Haileybury, ON  P0J 1K0 |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
(identité et adresse)

Cadbury Adams Canada, Inc.
5000 Yonge Street Suite 2100, Toronto M2N 7E9, Ontario Canada

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

  personal service by your internal law for service of documents upon persons or entities
  in your territory.

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
  *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Request (executed) with attachments
2. Certificate (unexecuted) 3.Summary w/att's
4. Notice 5.Summons 6.Complaint 7.Reassignment
8. Berman Memo 9.Elec Filing Instr's 10.Judge's
Rules 11. Magistrate Rules - all in duplicate

Done at Washington, D.C, U.S.A. , the Feb. 2008 23
Fait à _____ , le _____

Signature and/or stamp
*Signature et/ou cachet*

*Tanya Chutkan*

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée* __3rd day of April, 2008.__
    – the (date) – *le (date)*
    -- at (place, street, number) - *à (localité, rue, numéro)*
__5000 Yonge Street, Suite #2100, City of Toronto, Province of Ontario.__

-- in one of the following methods authorized by article 5:
-- *dans une des formes suivantes prévues à l'article 5:*

    ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a) selon les formes légales (article 5. alinéa premier, lettre a)*

    ☐ (b) in accordance with the following particular method:
        *b) selon la forme particulière suivante:* _____

    ~~☐ (c) by delivery to the addressee, who accepted it voluntarily.*~~
        ~~*c) par remise simple.*~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

    - (identity and description of person)
    - *(Identité et qualité de la personne)* __Susannah Riggs.__

    - relationship to the addressee family, business or other
    - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
__Assistant General Counsel__

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
__As per request for service attached.__

Done at __Toronto, Ontario__, the __9th__ day of __April, 2008__
*Fait à* , *le*

Signature and/or stamp
*Signature et/ou cachet*
_____ EO#26.