UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
       :
CANTEEN VENDING COMPANY,       :
Individually and on behalf of a class of all those       :
similarly situated,       :
       :    08 Civ. 1205 (PKC)
      Plaintiff,       :
       :
  -against-       :
       :
CADBURY ADAMS CANADA, INC.,       :
CADBURY SCHWEPPES PLC, CADBURY       :
ADAMS USA LLC, HERSHEY CANADA, INC.,       :
THE HERSHEY COMPANY, MARS CANADA       :
INC., MARS INC., MARS NORTH AMERICA,       :
MARS SNACKFOODS US, NESTLE CANADA       :
INC., NESTLE S.A., and NESTLE USA,       :
       :
      Defendants.       :
       :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

SFP: 2008-1748
Ref:

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) **25 March 2008**
que le demande a ete executee    le (date)

-at (place, street, number)      CADBURY SCHWEPPES PLC
-a (localite, rue, numero)       25 BERKELEY SQUARE
                                 LONDON
                                 W1J 6HB

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a: **JOHN EDWARD HUDSPITH**
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)   **SECRETARIAT MANAGER**
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees                         Done at London
                                         fait a

in appropriate cases, documents          the 4 April, 2008
establishing the service:                le
le cas echeant, les documents
justicatifs de l'execution:              Signature and/or stamp
                                         Signature et/ou cachet:

[Stamp: SUPREME COURT OF ENGLAND, -4 APR 2008, QBD, FOREIGN PROCESS]

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*
**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:** *Nom et adresse de l'autorité requérante:*
Tanya Chutkan, Esq.
Boies, Schiller & Flexner, LLP
5301 Wisconsin Avenue, #800,
Washington D.C. 20015
Telephone: 202-237-2727

**Particulars of the parties:** *Identité des parties:*
See Attachment 'A'

## JUDICIAL DOCUMENT
### ACTE JUDICIA IRE

**Nature and purpose of the document:** *Nature et objet de l'acte:*
Give notice to Defendant of the commencement of a civil claim against it and to summon it to respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*
See Attachment 'B'

**Date and place for entering appearance:** *Date et lieu de la comparution:*
Defendant is summoned and required to serve upon Plaintiff's Attorney, Boies, Schiller & Flexner, LLP an Answer to the Complaint within 30 days.

**Court which has given judgment**\*\*: *Juridiction qui a rendu la décision:*
N/A

**Date of judgment**\*\*: *Date de la décision:*
N/A

**Time limits stated in the document**\*\*: *Indication des délais figurant dans l'acte:*
Defendant is summoned and required to serve upon Plaintiffs' Attorney Boies Schiller & Flexner, LLP an Answer to the Complaint within thirty (30) days after service of the Summons, exclusive of the day of service. If Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint. Any Answer Defendant serves on the parties to this action my be filed with the Clerk of the Court within a reasonable period of time.

## EXTRAJUDICIAL DOCUMENT
### ACTE EXTRAJUDICIAIRE

**Nature and purpose of the document:** *Nature et objet de l'acte:*
N/A

**Time limits stated in the document:**\*\* *Indication des délais figurant dans l'acte:*
N/A